UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| EDMUND SPINNEY, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GRAFTECH INTERNATIONAL LTD., CRAIG S. SHULAR, CORRADO F. DEGASPERIS, PIETER J. BARNARD, AND JOHN J. WETULA,<br><br>Defendants. | Civil Action No. 1:06cv0133 (KAJ) |

**NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)**

Plaintiff Edmund Spinney, by his attorneys, hereby voluntarily dismisses his action captioned *Spinney v. GrafTech International, Ltd.*, No. 1:06cv0133 (KAJ) (D. Del. filed Feb. 28, 2006), without prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1). Defendants have not filed or served an answer, nor have defendants moved for summary judgment in this action. Plaintiff does not intend by this voluntary dismissal without prejudice to waive his right to participate and recover as a class member or shareholder in any other action.

Dated: March 21, 2006

**MILBERG WEISS BERSHAD**
**& SCHULMAN LLP**

/s/ Brian D. Long
Seth D. Rigrodsky (DSBA No. 3147)
Brian D. Long (DSBA No. 4347)
919 North Market Street, Suite 980
Wilmington, DE 19801
Tel: 302-984-0597
Fax: 302 984-0870

- and -

**MILBERG WEISS BERSHAD
 & SCHULMAN LLP**
Steven G. Schulman
Peter E. Seidman
One Pennsylvania Plaza
New York, NY 10119
Tel: 212-594-5300
Fax: 212-868-1229

**SCOTT + SCOTT, LLC**
David R. Scott
P.O. Box 192
Norwich Avenue
Colchester, CT 06078
Tel: 860-537-5537
Fax: 860-537-4432

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I, Brian D. Long, hereby certify that on this 21st day of March, 2006 I served the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)** upon the following via hand delivery:

GrafTech International Ltd.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

GrafTech International Ltd.
1521 Concord Pike, Suite 301
Brandywine West
Wilmington, DE 19803

Corrado F. DeGasperis
c/o GrafTech International Ltd.
1521 Concord Pike, Suite 301
Brandywine West
Wilmington, DE 19803

Pieter J. Barnard
c/o GrafTech International Ltd.
1521 Concord Pike, Suite 301
Brandywine West
Wilmington, DE 19803

John J. Wetula
c/o GrafTech International Ltd.
1521 Concord Pike, Suite 301
Brandywine West
Wilmington, DE 19803

Craig S. Shular
c/o GrafTech International Ltd.
1521 Concord Pike, Suite 301
Brandywine West
Wilmington, DE 19803

/s/ Brian D. Long
Brian D. Long (DSBA No. 4347)
**MILBERG WEISS BERSHAD
 & SCHULMAN LLP**
919 N. Market Street, Suite 980
Wilmington, DE 19801
(302) 984-0597
E-mail: blong@milbergweiss.com